1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Deputy
3  RENÉE E. ROSENBLIT, State Bar #304983
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3853
6  Facsimile:    (415) 554-3837
   E-Mail:       renee.rosenblit@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINO Q. ESPINOSA,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SHERIFF VICKI L. HENNESSY in her official capacity,<br><br>  Defendants. | Case No. 17-cv-01766 KAW<br><br>**STIPULATED ADMINISTRATIVE REQUEST TO CONTINUE THE DEADLINE TO COMPLETE THE SETTLEMENT CONFERENCE; DECLARATION OF NEWTON OLDFATHER; [~~PROPOSED~~] ORDER**<br>**[L.R. 7-11]**<br><br>Trial Date:    November 5, 2018 |

**STIPULATED REQUEST TO CONTINUE SETTLEMENT CONFERENCE**

The parties jointly request that the Court continue the deadline to complete the settlement conference. The current deadline is January 19, 2018 (Dkt. No. 23 at ¶ 4). The parties request that the Court extent this deadline to March 30, 2018. The parties need additional time to complete depositions. The parties have served and responded to written discovery, but the parties have had difficulty scheduling the necessary depositions of plaintiff and San Francisco Sheriff Deputies.

The parties therefore jointly request that the Court continue the deadline to complete the settlement conference to March 30, 2018.

Dated: January 8, 2018

                                        DENNIS J. HERRERA
                                        City Attorney
                                        CHERYL ADAMS
                                        Chief Trial Deputy
                                        NEWTON OLDFATHER
                                        Deputy City Attorney

                                  By:    */s/ Newton Oldfather*
                                        NEWTON OLDFATHER

                                        Attorneys for Defendant
                                        CITY AND COUNTY OF SAN FRANCISCO


                                  By     */s/ Che L. Hashim*
                                        CHE L. HASHIM

                                        Attorney for Plaintiff
                                        GINO ESPINOZA

# DECLARATION OF NEWTON OLDFATHER

I, NEWTON OLDFATHER, declare:

1. I am a Deputy City Attorney and am assisting the attorney of record Renee Erickson representing the City and County of San Francisco. I am familiar with this litigation and make this declaration of my own personal knowledge and review of the docket, and if called upon, could testify competently thereto.

2. The parties have been attempting to schedule the deposition of the plaintiff and San Francisco Sheriff Deputies but have been unable to do so.

3. On January 8, 2017, I spoke to plaintiff's attorney, Che L. Hashim, and we agreed that it would be best to ask that the Court continue the deadline to complete the settlement conference so as to provide enough time to complete the depositions. He provided me his permission to electronically sign for him.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and this declaration is executed on January 8, 2018 at San Francisco, California.

        */s/ Newton Oldfather*
        NEWTON OLDFATHER

[~~PROPOSED~~] ORDER

PURSUANT TO A STIPULATED REQUEST AND FOR GOOD CAUSE APPEARING, IT IS ORDERED that the deadline to complete a settlement conference in this matter is continued to March 30, 2018.

Dated: 1/11/18

*Kandis Westmore*
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge