Che L. Hashim, Esq. (SBN 238565)
861 Bryant Street
San Francisco, CA 94103
Tel: 415/487-1700
Fax: 415/431-1312
Email: che.hashim.esq@gmail.com

Attorney for PLAINTIFF
GINO Q ESPINOSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINO Q ESPINOSA,<br>    PLAINTIFF,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO;<br>SHERIFF VICKI L. HENNESSY in her official capacity,<br>Does 1-10,<br>    Defendants. | Case No. 4:17-cv-01766-KAW<br><br>**COUNSEL'S DECLARATION IN RESPONSE TO ORDER TO SHOW CAUSE** |

I, CHE L. HASHIM, declare as follows:

1. I am an attorney duly admitted to practice before this Court, and am attorney of record for Gino Espinosa, in the above action.

2. Plaintiff in this matter, Gino Espinosa, does not intend to sign and return the Settlement Agreement in this matter, nor does he intend to allow Counsel to file a Request for Dismissal on his behalf.

3. As Counsel to Plaintiff, I am not able to determine, and therefore am not able to articulate to the Court, what Plaintiff's intentions are with respect to Plaintiff's future actions in this matter.

1  4. Plaintiff's failure to respond to the previous Court Orders was a result of <u>this Counsel's</u> inability to determine Plaintiff's intention and uncertainty as it pertains to how to communicate Plaintiff's position to the Court, and for not filing a Motion to Withdraw.

5. This Counsel prays neither Plaintiff nor Counsel be sanctioned, and offers apologies to the Court for the administrative necessity of issuing this Order to Show Cause.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED: September 24, 2018, at San Francisco, California.


/s/Che L. Hashim
Che L. Hashim, Esq.